UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FERNANDO CERVANTES PADILLA, )
                              )
      Plaintiff,            )
                              )    2:12-cv-00593-GMN-CWH
                              )
vs.                           )
                              )    **ORDER**
STATE OF NEVADA, *et al.*,    )
                              )
      Defendants.           )
                              /

    Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and an application to proceed *in forma pauperis*.

    Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is incomplete. Both a financial certificate properly executed by an appropriate institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. Plaintiff did not attach a statement of his inmate trust fund account for the six months prior to the filing of his application to proceed *in forma pauperis*. Additionally, the financial certificate submitted by plaintiff is incomplete. Both an executed financial certificate and an inmate account statement are required.

1    Plaintiff will be granted the opportunity to do one of the following: (1) pay the full filing fee of
2 $350.00, or (2) file a fully completed application to proceed *in forma pauperis*.
3    **IT IS THEREFORE ORDERED** that plaintiff's application to proceed *in forma pauperis*
4 (ECF No. 1) is **DENIED**, without prejudice to his filing a new, fully completed application.
5    **IT IS FURTHER ORDERED** that plaintiff shall, within **thirty (30) days** from the date of
6 entry of this order, do one of the following: (1) pay the full filing fee of $350.00, or (2) file a fully
7 completed application to proceed *in forma pauperis,* on the correct form, including a financial
8 certificate signed by an authorized prison or jail officer and a statement of his inmate trust fund
9 account for the six months prior to the filing of his application.
10    **IT IS FURTHER ORDERED** that if plaintiff does not timely comply with this order,
11 dismissal of this action may result.
12    **IT IS FURTHER ORDERED** that the clerk shall **SEND** plaintiff the approved form for an
13 application to proceed *in forma pauperis* and instructions for the same.
14    **IT IS FURTHER ORDERED** that the clerk shall retain the civil rights complaint, but shall
15 not file it at this time.
16    Dated this 2nd day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE