UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FERNANDO CERVANTES PADILLA,)
)
Plaintiff, )
) 2:12-cv-00593-GMN-CWH
)
vs. )
) **ORDER**
STATE OF NEVADA, *et al.*, )
)
Defendants. )

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On June 14, 2012, the court dismissed all claims asserted by plaintiff in his complaint, some with prejudice, and some without prejudice and with leave to file an amended complaint. (ECF No. 4). The order was served on plaintiff at his address of record.

More than the allotted time has elapsed and plaintiff has not responded to the court's order in any manner. Accordingly, this entire action is dismissed for plaintiff's failure to file an amended complaint.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED with prejudice** for the failure of plaintiff to file an amended complaint.

**IT IS FURTHER ORDERED** that the clerk shall **ENTER JUDGMENT** accordingly and close this case.

**DATED** this 31st day of July, 2012.

_____
Gloria M. Navarro
United States District Judge